United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 15, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In Re: SONYA EVETTE HARRIS          §          Cause no. 23-34679
                                                  §          Chapter 7

## AGREED ORDER LIFTING AUTOMATIC STAY
### (This Order Resolves Docket # 30 )

The Professional Landlords, LLC DBA Renters Warehouse, Movant, filed an agreed motion for approval to terminate the automatic stay against 26726 Stoney Shores Ln, Katy, TX 77494 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction on March 1, 2024.

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

AGREED AND ENTRY REQUESTED:

ALEXANDER LAW, PLLC                          SONYA EVETTE HARRIS

/s/ Brandy M. Alexander                          _____
Brandy Alexander                                       Sonya Evette Harris
State Bar No. 24108421                             26726 Stoney Shores Ln
S.D Tex. Bar No. 3481068                          Katy, TX 77494
2502 La Branch St                                      Tel: (346) 242-9109
Houston, Texas 77004                              Email: sonyaharris071@gmail.com
Tel: (832) 360-2318                                   *Debtor*
Fax: (346) 998-0886
Email: brandyalexander@alexanderpllc.com
*Counsel for Movant*

Signed:  February 15, 2024

_____
Christopher Lopez
United States Bankruptcy Judge