United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § | CASE NO. 23-34679 |
| SONYA EVETTE HARRIS § aka Sonya Evette Conway § DEBTOR(S) § § | CHAPTER 7 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
AFTER HEARING**
(This Order Resolves Docket #27)

Toyota Motor Credit Corporation ("Movant") filed a motion for relief from the automatic stay against the collateral described as 2018 TOYOTA CAMRY, VIN: 4T1B61HK2JU015141 , (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

_____ Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____ The Debtor(s) filed a response that the Debtor(s) was not opposed to the requested relief and no other party opposed the requested relief.

_____ The Debtor(s) files a response that the Debtor(s) were unable to admit or deny the allegations, the Debtor(s) failed to appear at the hearing, and not other party opposed the requested relief.

__X__ After hearing, and for the reasons stated on the record, relief from the stay is granted.

_____ No timely response was filed. Accordingly, the motion is granted by default.

_____ As shown by Debtor(s) counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue its state law remedies against the Property, including foreclosure and/or eviction.

Additional rulings:

_____ Movant is awarded attorneys fees in the amount of $_____.

_____ The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

Signed: February 27, 2024

_____
Christopher Lopez
United States Bankruptcy Judge

MOTION FOR RELIEF

3525-N-7455